UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -3 AM 10:41
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>**Fernando VELIZ,**<br><br>        Defendant | Magistrate Docket No.<br>'07 MJ 2366<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 2, 2007** within the Southern District of California, defendant, **Fernando VELIZ**, an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **OCTOBER, 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Fernando VELIZ**

## PROBABLE CAUSE STATEMENT

On October 2, 2007, at approximately 7:15 a.m. Border Patrol Agents J. Nations and E. Pepe were patrolling the United States/Mexico International border near Jacumba California. Jacumba California is approximately twenty-five miles east of the Tecate, California Port Of Entry. Agent Nations observed two individuals walking north, 500 yards southwest of callbox 702 on Interstate I-8.

Agent Nations approached the place where he had seen the two individuals, and came into contact with one of the individuals walking back toward him out of a group of large boulders. Agent Nations directed Agent Pepe to that same spot in the boulders, and Agent Pepe there came into contact with the other individual, later identified as the defendant **Fernando VELIZ**, attempting to conceal himself underneath a boulder.

Agent Nations and Agent Pepe identified themselves to the two individuals as Border Patrol Agents. Agents Nations and Pepe determined through questioning the group, that both were present in the United States without proper documentation. Both subjects claimed to be citizens and nationals of Mexico. Both subjects were arrested and transported to the Boulevard Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Guatemala** on **January 25, 2006** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.