UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR2989-DMS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Fernando Veliz | ) | Booking No. 05187298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1-3-08__
the Court entered the following order:

__X__ Defendant be released from custody. (as to this case only)

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Dft indicted in case no. 07CR3403-DMS

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

Received _____ OR
        DUSM                by _____ Deputy Clerk

Crim-9  (Rev 6-95)                         ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY