UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -4 AM 8:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FERNANDO VELIZ,

        Defendant.

CASE NO. 07CR2989-DMS

JUDGMENT OF DISMISSAL

FILED
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of: **8 USC 1326(a) AND (b) - Deported Alien Found in the United States (Felony)**

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 3, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and ___ ment on 1/4/08
_____ States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____